JG
6/11/2020

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT of OHIO

| | |
|---|---|
| United States of America<br>v.<br>DAMONTE ANTHONY JORDAN<br>1627 BASIL DRIVE<br>COLUMBUS, OH. 43227<br>DOB: 06/23/1999<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:20-mj-417<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  THURSDAY, JUNE 11, 2020  in the county of  FRANKLIN  in the
SOUTHERN  District of  OHIO , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1.) TITLE 18; USC 1708 | 1.) THEFT OR RECEIPT OF STOLEN MAIL. |
| 2.) TITLE 18; USC 1028A(a)(1) | 2.) AGGRAVATED IDENTITY THEFT |

This criminal complaint is based on these facts:

***SEE ATTACHED***

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TIMOTHY D. MCCALL U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/11/2020    June 12, 2020

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state:  COLUMBUS, OH.

## AFFIDAVIT TO CRIMINAL COMPLAINT AGAINST DAMONTE A. JORDAN

I, Timothy D. McCall, being duly sworn, depose and state as follows:

1. I am a U.S. Postal Inspector with the U.S. Postal Inspection Service in Columbus, Ohio and have been so employed since August 2015. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service (USPS) and/or U.S. Mail. The crimes investigated include those such as theft, burglary, counterfeiting, robbery, assault, homicide, dangerous mailings, narcotics, identity theft, and fraud

### Introduction

2. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **DAMONTE ANTHONY JORDAN** (hereinafter **JORDAN**) committed violations of "Theft or Receipt of Stolen Mail Matter Generally" in violation of Title 18 U.S.C. Section 1708 and "Aggravated Identity Theft" in violation of Title 18 U.S.C. Section 1028A(a)(1).

### Background

3. The U.S. Postal Inspection Service is conducting an investigation involving the break-in of U.S. Postal Service collection boxes, to include unauthorized possession and use of U.S. Postal Service keys. The investigation revolves around financial instruments such as business checks, personal checks, and money orders being stolen from the collection boxes. The financial instruments are then deposited into personal bank accounts via ATM, in person, or mobile deposit, or cashed at check cashing facilities and financial institutions throughout Ohio, as well as other states. On some occasions, counterfeit checks, money orders, and currency are also created to further the scheme. Total loss thus far exceeds $250,000.

### Facts Establishing Probable Cause

4. On or about June 11, 2020, U.S. Postal Inspectors and Hilliard Police Detectives executed a state search warrant on 7198 Longlining Rd., New Albany, OH 43054. **JORDAN** was in possession of an Ohio driver's license which depicted his photograph, but reflected the name of "James V. Alvina." **JORDAN** was administered his "Miranda Rights" warnings, then admitted to Postal Inspectors and Police Detectives that he had fraudulently purchased a Black in color, 2020 Dodge Durango (hereinafter **DURANGO**) using the fraudulent driver's license. The **DURANGO** was located at the residence with registration paperwork depicting the name James V. Alvina. **JORDAN** utilized fraudulently obtained personal identifying information of James V. Alvina to illegally finance the purchase of the **DURANGO**.

1

5. On or about June 11, 2020, **JORDAN** also had in his possession an Ohio driver's license bearing his photograph, but reflected the name of "Benjamin Drew Hershberger," as well as a social security card in the name of Benjamin Drew Hershberger. A Black in color, 2017 Mercedes Benz was located at the residence, registered in the name of Benjamin Drew Hershberger.

6. On or about June 11, 2020, multiple checks and U.S. Mail that did not belong to **JORDAN**, were found in the room where he resided.

### Conclusion

7. Based on the information contained herein, I maintain that there is probable cause to believe **DAMONTE ANTHONY JORDAN** did commit "Theft or Receipt of Stolen Mail Matter Generally" in violation of Title 18 U.S.C. Section 1708 and "Aggravated Identity Theft" in violation of Title 18 U.S.C. Section 1028A(a)(1).

Timothy D. McCall
U.S. Postal Inspector

Sworn to before me, and subscribed in my presence, on this 12th day of June, 2020, in Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge

2